IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHIRE ORPHAN THERAPIES LLC and SANOFI-AVENTIS DEUTSCHLAND GMBH, <br><br> Plaintiffs, <br><br> v. <br><br> INNOPHARMA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 16-456 (GMS) ) ) ) ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41 (a)(l )(A)(ii), Plaintiffs Shire Orphan Therapies LLC and Sanofi-Aventis Deutschland GmbH, and Defendant InnoPharma, Inc. (collectively, "the Parties") hereby stipulate and agree that all claims, counterclaims, and affirmative defenses asserted by the Parties in the above-captioned action are hereby dismissed without prejudice, and without costs, disbursements, or attorneys' fees to any party.

SO STIPULATED:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS LLP |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Eve H. Ormerod* |
| Jack B. Blumenfeld (#1014) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br><br> *Attorneys for Plaintiffs* | Neal C. Belgam (#2721) <br> Eve H. Ormerod (#5369) <br> 1000 West Street, Suite 1501 <br> Wilmington, DE 19801 <br> (302) 652-8400 <br> nbelgam@skjlaw.com <br> eormerod@skjlaw.com <br><br> *Attorneys for Defendant* |

OF COUNSEL:

Edgar H. Haug
Sandra Kuzmich, Ph.D.
Laura A. Chubb
Laura A. Fanelli
FROMMER LAWRENCE & HAUG LLP
745 Fifth Avenue
New York, NY  10151
(212) 588-0800

December 9, 2016

OF COUNSEL:

Sara Tonnies Horton
Yusuf Esat
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
(312) 222-9350
(312) 840-7385